UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DEMARCO ALDEN VARNES-APPLING,

        Petitioner,

v.                                  Case No. 3:23-cv-746-BJD-LLL

CLERK OF FOURTH JUDICIAL
CIRCUIT COURT,

        Respondent.
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

    Petitioner, an inmate of the Florida penal system, initiated this case by filing a document titled "Order of Prohibition/Mandamus and Demand Immediate Discharge" (Doc. 1) dated June 20, 2023. Petitioner seemingly challenges the Circuit Court's failure to send him a receipt or to record satisfaction of judgment for paying restitution he owed in connection with 2012 criminal convictions.

    It is not clear what type of lawsuit Petitioner intends to bring in this Court, if any. To the extent Petitioner wants this Court to direct the Circuit Court for the Fourth Judicial Circuit to issue him a receipt or take other action, the Court lacks jurisdiction to entertain Petitioner's request. *See* 28 U.S.C. § 1361 (providing that a federal court may issue a mandamus order "to compel

an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff"). *See also Lamar v. 118th Judicial Dist. Court of Tex.*, 440 F.2d 383, 384 (5th Cir. 1971) ("[F]ederal courts have no general power to issue writs of mandamus to direct state courts and their judicial officers in the performance of their duties."); *Lawrence v. Miami-Dade Cnty. State Att'y Office*, 272 F. App'x 781, 781 (11th Cir. 2008) ("Because the only relief [petitioner] sought was a writ of mandamus compelling action from state officials, not federal officials, the district court lacked jurisdiction to grant relief and did not err in dismissing the petition."). If Petitioner is trying to seek relief from the Circuit Court, he should file an appropriate motion in that court.

Accordingly, it is

**ORDERED:**

1. This case is **DISMISSED without prejudice**.

2. The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 1st day of July, 2023.

BRIAN J. DAVIS
United States District Judge

caw 6/29
c:
Demarco Alden Varnes-Appling, #J46350